DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADENIKE ADEBIYI,**
Appellant,

v.

**FLORIDA DEPARTMENT OF HEALTH,
BOARD OF NURSING,**
Appellee.

No. 4D19-1081

[March 12, 2020]

Administrative appeal from the State of Florida, Department of Health, Board of Nursing; L.T. Case No. 17-01693 and DOAH Case No. 18-4813P.

Adenike Adebiyi, Miami, pro se.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health Prosecution Services Unit, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***